# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **EMMANUEL STEVENSON,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-494-bbc |
| **MICHAEL THURMER, Warden,** Waupun Correctional Institution, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Emmanuel Stevenson is DISMISSED WITH PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

PETER A. OPPENEER
_____
Peter A. Oppeneer, Clerk

Connie A. Korth
by Deputy Clerk

1/28/09
_____
Date